# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Richard Byrd ) | Case No: 3:95CR00075-004 |
| ) | USM No: 12105-058 |
| Date of Previous Judgment: May 13, 1996 ) | Claire Rauscher |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ■ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __180__ months **is reduced to** __146__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __37__        Amended Offense Level: __35__
Criminal History Category: __IV__     Criminal History Category: __IV__
Previous Guideline Range: __292__ to __365__ months   Amended Guideline Range: __235__ to __292__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): This Order does not change the Defendant's sentence with regard to Counts 15, 16, and 17, which were for firearms crimes, each carrying a 60 month mandatory consecutive sentence. The 180 months sentence for Count 1 (modified herein to 146 months) was to run concurrently with the 180 months for Counts 15, 16 and 17. Thus Defendant's total sentence remains the 180 months for Counts 15, 16 and 17, with the new sentence for Count 1 to run concurrently therewith.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __May 13, 1996__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 23, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge